IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| KRISTIE CLARK, ON BEHALF OF HER SON, ADR,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | No. C14-2071<br><br>ORDER GRANTING APPLICATION FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 17) filed by the Plaintiff on October 14, 2015, and the Response (docket number 18) filed by the Defendant on October 23. Plaintiff requests the Court to order attorney fees in the amount of $4,494.18. According to the response, "Defendant has no objection" to the request. The Court finds the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Attorneys Fees (docket number 17) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Four Thousand Four Hundred Ninety-Four Dollars and eighteen cents ($4,494.18) to be paid by the Social Security Administration.

DATED this 27th day of October, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA